# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0846. CINDARIA ROBISON et al v. KIMBERLY THORNTON.**

On November 8, 2024, this Court granted defendants Cindaria Robinson and Beautiful Mindz Academy, LLC's application for discretionary appeal from a trial court order denying their motion to set aside default judgment based on improper service of process. See Case No. A25D0101. The defendants filed their notice of appeal on November 25, 2024, and the appeal was transmitted to this Court. Plaintiff Kimberly Thornton had filed a motion to dismiss the appeal.

In our order, we informed the defendants that they had ten days in which to file a notice of appeal. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). The defendants, however, filed their notice of appeal 17 days after the order granting their application. "The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because the defendants' notice was filed more than ten days after this Court's order granting their

application, the appeal is untimely. We thus grant Thornton's motion, and this appeal is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   12/20/2024         *

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*